No. 09–11519. BRADFORD v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS

1178

DIVISION.  C. A. 5th Cir.  Certiorari denied. ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮